IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

_____

| | |
|---|---|
| ERIC FOWLER, | Cause No. CV 13-70-GF-DWM |
| Petitioner, | |
| vs. | ORDER OF DISMISSAL |
| FORT PECK ASSINIBOINE<br>& SIOUX TRIBES, | |
| Respondent. | |

_____

On August 14, 2013, this action was filed by one Sharon Avery, purporting to act as "next friend" to Petitioner Fowler. Ms. Avery is not a member of the Bar of this Court. Whether she is a proper "next friend" or not, she may not file actions or documents in this Court on behalf of anyone other than herself. 28 U.S.C. § 1654; *see also* Judiciary Act of 1789, § 35, 1 Stat. 73, 92 (1789); *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 698 (9th Cir. 1987).

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED.

DATED this 14 day of August, 2013.

_____
Donald W. Molloy
United States District Judge