IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

_____

| | |
|---|---|
| ERIC FOWLER, | Cause No. CV 13-70-GF-DWM |
| Petitioner, | |
| vs. | ORDER OF DISMISSAL |
| FORT PECK ASSINIBOINE & SIOUX TRIBES, | |
| Respondent. | |

_____

On August 14, 2013, this action was filed by one Sharon Avery, purporting to act as "next friend" to Petitioner Fowler. Ms. Avery is not a member of the Bar of this Court. Whether she is a proper "next friend" or not, she may not file actions or documents in this Court on behalf of anyone other than herself. 28 U.S.C. § 1654; *see also* Judiciary Act of 1789, § 35, 1 Stat. 73, 92 (1789); *C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 698 (9th Cir. 1987).

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED.

DATED this 14th day of August, 2013.

Donald W. Molloy
United States District Judge